

# PETER R. WILLIS, ESQUIRE, LLP
921 Bergen Avenue, Suite 1001B | Jersey City, New Jersey 07306
Telephone 201-659-2090 | Facsimile 201-659-1964

Peter R. Willis, NJ Bar*  
Charles Alvarez, NJ, NY Bar

Kevin G. Callahan, NJ Bar⁺  
Of Counsel

September 18, 2014

Hon. Anne E. Thompson, U.S.D.J.
Clarkson S. Fisher Federal Bldg.
& United States Courthouse
402 E. State St., Room 4000
Trenton, NJ 08608

Re: *USA v. Badawy M. Badawy*
<u>Cr. No. 13-344</u>

Your Honor:

    During our recent telephone conference on US v. Dr. Badawy, I indicated that my client would be calling an expert witness on his behalf and I requested permission to file my expert notice on this Friday, September 19, 2014. Please permit the defendant one additional week in order to retain our expert. I have been informed by Dr. Badawy that he will have the financial means to retain the expert and I will provide a report to the government on or before Friday, September 26, 2014.

    I thank you for your attention to this matter.

Respectfully,

/s/ *Peter Willis*

PETER R. WILLIS, ESQ.

c: Danielle Alfonzo Walsman, AUSA (via ecf)
   Michael Robertson, AUSA (via ecf)

*So Ordered*
*Anne E. Thompson USDJ*
9/19/14

RECEIVED
SEP 19 2014
AT 8:30_____M
WILLIAM T. WALSH CLERK

---

* Selected to the *Super Lawyers®* list 2009, 2010, 2011, 2012, 2013
⁺ Retired Superior Court Judge